

# Fourth Court of Appeals
## San Antonio, Texas

May 2, 2019

No. 04-19-00169-CV

**IN RE E.F.M. AND L.G.Z., CHILDREN**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01600
Honorable Richard Garcia, Judge Presiding

## O R D E R

Appellant's motion for an extension of time to file the appellant's brief is granted. We order Amanda J. Wilhelm, counsel for appellant, to file the appellant's brief by May 19, 2019. This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of May, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court